**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

---------------------------------------------------------------- x
CONSTANCE HENRY, on behalf of herself : Case no. 1:25-cv-571
and all others similarly situated, :
 :
 Plaintiffs, :
 : **NOTICE OF VOLUNTARY**
 v. **DISMISSAL WITH**
 **PREJUDICE**
Olukai, LLC, :
 :
 Defendant. :
 :
 :
 :
 :
 :
---------------------------------------------------------------- x

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: June 10, 2025

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ David B. Reyes**

By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

Tel: (630)-478-0856

Email: Dreyes@ealg.law